No. 54836.—Hudson Shipping Company, Inc., et al. v. United States, protests 161268–K (A), etc. (New York).

311

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.